**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Gustavo GONZALEZ–MENDOZA,
Defendant–Appellant.**

No. 11–41292
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 19, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Stephen W. Byrne, Corpus Christi, TX, for Defendant–Appellant.

---

Before DAVIS, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Gustavo Gonzalez–Mendoza raises an argument that he concedes is foreclosed by *United States v. Lopez–Ortiz*, 313 F.3d 225, 229–31 (5th Cir.2002), which held that errors involving discretionary relief in immigration proceedings do not render the proceedings fundamentally unfair so as to amount to a denial of due process. *See Romero–Rodriguez v. Gonzales*, 488 F.3d 672, 677 n. 5 (5th Cir.2007).

The Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

Before DAVIS, STEWART, and PRADO, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.